1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

RENEE KOLIBABA,                                    Civil No. 3:23-CV-709-MK

     Plaintiff,

     v.                                          ORDER FOR ATTORNEY FEES
                                                   PURSUANT TO 28 U.S.C. § 2412(D)
Commissioner of the Social Security
Administration,

     Defendant.

     After consideration of Plaintiff's Unopposed Motion, it is hereby ORDERED that attorney

fees in the amount of $6,115.50 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d)

(EAJA) subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Plaintiff shall

also be awarded costs in the amount of $402.00 pursuant to 31 U.S.C. § 1304 and 28 U.S.C. §

1920

     If the EAJA fees are not subject to an offset as described in *Ratliff*, the fees and costs shall

be made payable to Dellert Baird Law Offices, PLLC, according to the terms of the fee agreement.

Dellert Baird Law Offices, PLLC, shall refund any funds paid toward the costs.

     IT IS SO ORDERED.

     DATED this 21st day of October 2024.

                            s/ Mustafa T. Kasubhai
                            MUSTAFA T. KASUBHAI (He / Him)
                            United States Magistrate Judge

Page 1      ORDER
             [3:23-CV-709-MK]

1

Presented by:

2

Jeffrey H. Baird
3   Dellert Baird Law Offices, PLLC
    6525 California Ave SW #101
4   Seattle, WA   98136
    Telephone:  (206) 518-8163
5   FAX:  (360) 824-9371
    jeffreyhbaird@comcast.net

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 2      ORDER
            [3:23-CV-709-MK]